**Nancy GRIEGER, Relator,**

v.

**VIKING COLLECTIONS, and St. Paul Fire and Marine Insurance Company, Respondents,**

**Medica Choice/HRI, Twin Cities Orthopedics, P.A., Intervenors.**

**No. C4–01–1912.**

Supreme Court of Minnesota.

Jan. 29, 2002.

Neut L. Strandemo, Eagan, for relator.

Barbara L. Heck, Candlin & Heck, Bloomington, for respondents.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 8, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
/s/ J.E. Lancaster,
Associate Justice